UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE:

Juanita M. Coutts                                       Case No. 09-79735-wsd
                                                        Chapter 13
                                                        Hon. Walter Shapero


            Debtor(s)

_____/

Juanita M. Coutts
            Plaintiff(s)                                Adversary Case No. 10-04128

-vs-

CitiMortgage, Inc            Defendants(s)


       CHANDA M. HADDEN, certifies that she is employed by Kallabat & Associates, P.C. and that on January 19, 2010, she served a copy of SUMMONS AND COMPLAINT to:

Juanita M. Coutts
3382 Alco Drive
Waterford, MI 48329

Citi Mortgage, Inc
30600 Telegraph Road – Resident Agent
Bingham Farms, MI 48025
 (CERTIFIED MAIL)


Electronically pursuant to the court notice of service and to those not electronically registered by placing documents in an envelope, correctly addressed and placing same in the U.S. Mail with postage paid.


                                        _/s/Chanda M. Hadden_____
                                        Chanda M. Hadden
                                        Law Office of Kallabat & Associates, P.C.,
                                        30100 Telegraph Rd
                                        Suite 404
                                        Bingham Farms, MI  48025
                                        248-647-6611
                                        jzkallabat@aol.com